Before STATE INDUSTRIAL COMMISSION, Respondent.

In the Matter of the Claim of SEBASTIANO CORTINA, for Compensation under the Workmen's Compensation Law, Respondent, *v.* LATHROP & SHEA COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.

*Workman's Compensation Law — award for total loss of eye set aside.*

Appeal from an award of the State Industrial Commission entered in the office of said Commission July 24, 1919.

KILEY, J.: The award in this case is based upon the reports of physicians and eye specialists; no evidence was produced and no report or finding on whether the vision of eye could be corrected advantageously by use of glasses. One report gives loss of vision at fifty per cent, another at ninety per cent. The award was for total loss. On account of the unsatisfactory state of the record, the award should be set aside and the matter remitted to the Commission for further consideration. All concur. Award reversed and matter remitted to the Commission.